IN THE MATTER OF THE INHERITANCE TAXES ON THE ESTATE OF FRANCIS A. HALL, DECEASED.

Argued May 20, 1924—Decided October 20, 1924.

On appeal from the Supreme Court, whose opinion is reported in 99 *N. J. L.* 1.

For the appellants, *Edward L. Katzenbach.*

For the respondents, *McCarter & English.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, CLARK, KAYS, JJ.  10.

*For modification*—PARKER, KATZENBACH, LLOYD, JJ.  3.